UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
                                                   :

IN RE:                                         :
                                        :

ALEXANDER BERNARD KASPAR,         :            24-CV-9314 (JMF)
                                        :

                    Debtors.               :              <u>ORDER</u>
                                        :
--------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      Pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1), Appellant was required to file the opening brief no later than 30 days from the docketing of notice that the record has been transmitted. Because notice was docketed on January 16, 2025, *see* ECF No. 5, Appellant's brief deadline was February 18, 2025. To date, Appellant has not filed an opening brief. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 7, 2025**. Failure to file a brief by that deadline may result in dismissal of the appeal without further notice to the parties.

      SO ORDERED.

Dated: February 21, 2025               _____
       New York, New York                JESSE M. FURMAN
                                           United States District Judge