**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

ALEXANDER BERNARD KASPAR,

                Debtor.

                                                                   24 **CIVIL** 9314 (JMF)

                                                                     **JUDGMENT**

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 27, 2025, the order of the Bankruptcy Court overruling DeLibero's objections and approving the sale is AFFIRMED. Judgment is entered in Appellee's favor and the case is closed.

**Dated:**  New York, New York
            June 30, 2025

                                                        **TAMMI M. HELLWIG**

                                                         **Clerk of Court**
                                     **BY:**
                                                         **Deputy Clerk**